UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>        v.<br><br>TODD BLANCHE,<br><br>                Defendant. | Case No.  26-cv-05990-VKD<br><br>**ORDER PROVISIONALLY GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**<br><br>Re: Dkt. No. 2 |

Plaintiff, proceeding as "Jane Doe," filed this Title VII employment action, asserting claims for hostile work environment based on sex, retaliation, and sex discrimination/disparate treatment.  Dkt. No. 1.  Plaintiff now moves for permission to proceed pseudonymously as Jane Doe in this litigation.  Dkt. No. 2.

Generally, individuals filing lawsuits must do so in their own names, except in the "unusual case when nondisclosure of the party's identity is necessary to protect a person from harassment, injury, ridicule or personal embarrassment."  *Does 1 thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067-68 (9th Cir. 2000) (citation modified; citation omitted).  Plaintiff argues that anonymity is necessary to protect against reputational injury, workplace retaliation/ostracization, as well as emotional and other harms.  *See* Dkt. No. 2 at 3.  At this time, the Court provisionally grants plaintiff's motion to proceed pseudonymously.  This order is subject to revisiting once defendant appears.  The Clerk shall issue the proposed summons.

**IT IS SO ORDERED.**

Dated: August 12, 2026

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge

<div style="writing-mode: vertical">United States District Court
Northern District of California</div>